| | |
|---|---|
| 1 | Robert A. Naeve (State Bar No. 106095) |
| | rnaeve@jonesday.com |
| 2 | Mark E. Earnest (State Bar No. 253490) |
| | mearnest@jonesday.com |
| 3 | JONES DAY |
| | 3161 Michelson Drive |
| 4 | Suite 800 |
| | Irvine, CA 92612.4408 |
| 5 | Telephone: (949) 851-3939 |
| | Facsimile: (949) 553-7539 |
| 6 | |
| 7 | Attorneys for Defendant |
| | WAL-MART STORES, INC. |

FILED 2012 NOV 21 PM 2:54 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE PARTIDA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No. CV 12 - 10015 JAK (VBKx)<br><br>**CERTIFICATION AS TO INTERESTED PARTIES AND FRCP 7.1 CORPORATE DISCLOSURE**<br><br>[L.R. 7.1-1, Fed. R. Civ. P. 7.1] |

Defendant Wal-Mart Stores, Inc. ("Wal-Mart") submits the following certification as to interested parties and corporate disclosure pursuant to Local Civil Rule 7.1-1 and Federal Rule of Civil Procedure 7.1. The undersigned, counsel of record for Wal-Mart, certifies that the following listed party may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

Wal-Mart does not have a parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

Dated: November 21, 2012

JONES DAY

By: _____
Robert A. Naeve

Attorneys for Defendant
WAL-MART STORES, INC.